UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-00021-RJC

| | |
|---|---|
| TARA LYNN BLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Dismiss, (Doc. No. 11), and Defendant's Motion for Extension of Time of Scheduling Order Deadlines, (Doc. No. 12). In her Motion to Dismiss, Plaintiff states that she cannot prevail on her appeal to this Court and requests that this action be dismissed with prejudice. Defendant consents to the Motion.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's Motion to Dismiss, (Doc. No. 11), is **GRANTED**;

2. Defendant's Motion for Extension of Time of Scheduling Order Deadlines, (Doc. No. 12), is **DENIED as moot**; and

3. The Clerk of Court is directed to close this case.

Signed: October 8, 2019

Robert J. Conrad, Jr.
United States District Judge